```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                              Case No. 18-00021-HWV
Luis Osvaldo Batista                                                Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: REshelman           Page 1 of 1           Date Rcvd: May 21, 2018
                              Form ID: pdf010           Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2018.
```
db             +Luis Osvaldo Batista,    129 S 4th Street,    Apt B,   Steelton, PA 17113-2401
cr             +Chalmers A. Simpson, Jr.,    P.O. Box 5533,   Harrisburg, PA 17110-0533
md             +Troy D. Sellars,   Office of the U.S. Trustee,    228 Walnut Street, Suite 1190,
                 Harrisburg, PA 17101-1722
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Luis Osvaldo Batista DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              James    Warmbrodt    on behalf of Creditor    PNC Bank N.A. bkgroup@kmllawgroup.com
              Jennifer D Gould    on behalf of Creditor    Steward Financial Services jgould@stark-stark.com,
               mdepietro@stark-stark.com;lsciscio@stark-stark.com
              Kara Katherine Gendron    on behalf of Debtor 1 Luis Osvaldo Batista karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
```
                                                                                                 TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: : Chapter 13
Louis Osvaldo Batista :
    Debtor : Case No. 1:18-bk-00021-HWV
 :
Chalmers A. Simpson, Jr. :
    Movant :
 :

**ORDER APPOINTING MEDIATOR AND
ASSIGNMENT TO MEDIATION**

Upon Consideration of the Consent to Mediation filed by Debtor's Counsel and after Notice and a Hearing in which the parties consented to Mediation, the above matter, including, but not limited to, the Objection to Proof of Claim Number 2 of Chalmers A. Simpson, Jr. and Objection to Confirmation of Plan Filed by Chalmers A. Simpson, Jr. is hereby assigned to the following mediator:

Troy D. Sellars
Office of the U.S. Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
717-221-4544

The parties are ordered to comply with the provisions of Local Bankruptcy Rule 9019-2 for the Middle District of Pennsylvania. L.B.R. 9019-2 can be found at www.pamb.uscourts.gov.

    The report of the mediator shall be filed with the court within sixty (60) days of the date of the Order.

    If, for any reason, the mediator cannot serve, he shall notify the court within ten (10) days of the date of this appointment.

Dated: May 18, 2018      By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (KB)