```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                           Case No. 18-00021-HWV
Luis Osvaldo Batista                                             Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1         User: REshelman          Page 1 of 1          Date Rcvd: Jul 19, 2018
                             Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2018.
cr             +Chalmers A. Simpson, Jr.,    P.O. Box 5533,    Harrisburg, PA 17110-0533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              D. Troy Sellars    on behalf of Mediator Troy D. Sellars D.Troy.Sellars@usdoj.gov,
               ustpregion03.ha.ecf@usdoj.gov
              Dorothy L Mott    on behalf of Debtor 1 Luis Osvaldo Batista DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              James Warmbrodt    on behalf of Creditor    PNC Bank N.A. bkgroup@kmllawgroup.com
              Jennifer D Gould    on behalf of Creditor    Steward Financial Services jgould@stark-stark.com,
               mdepietro@stark-stark.com;lsciscio@stark-stark.com
              Kara Katherine Gendron    on behalf of Debtor 1 Luis Osvaldo Batista karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Luis Osvaldo Batista<br>    Debtor/Movant | : <br> : <br> : <br> : | CHAPTER 13 <br><br> CASE NO. 1:18-bk-00021-HWV |
| Chalmers A. Simpson<br>    Respondent | : | Objection to Claim No. 2 |

## ORDER

Upon consideration and review of Debtor's objection to Claim No. 2 (the "Objection") of Respondent, Chalmers A. Simpson, and the evidence submitted by Debtor, and the intervening mediation between the parties, it is hereby

**ORDERED** that a hearing on the Objection will be held on Tuesday, August 21, 2018 at 9:30 a.m. in the Bankruptcy Courtroom on the third floor of the Ronald Reagan Federal Building located at 3rd & Walnut Streets in Harrisburg, Pennsylvania 17101; and it is further

**ORDERED** that any answer or response by Respondent shall be filed on or before Tuesday, August 14, 2018; and it is further

**ORDERED** that nothing in this Order prevents Respondent from filing an amended proof of claim.

Dated: July 18, 2018

By the Court,

_Henry W. Van Eck_ (LS)
Henry W. Van Eck, Bankruptcy Judge