IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| LUIS OSVALDO BATISTA | : | |
| fdba BNT Auto Sales; fdba Batista's Auto | : | CASE NO. 1:18-bk-00021 |
| Repair, Inc; fdba Center City Auto | : | |
| Repair, Inc; fdba B-N-T Automotive, Inc; | : | |
| aka Luis Osvaldo Batista Hiraldo, | : | |
|     Debtor | : | |
| | : | |
| LUIS OSVALDO BATISTA | : | |
| fdba BNT Auto Sales; fdba Batista's Auto | : | OBJECTION TO CLAIM # 2 |
| Repair, Inc; fdba Center City Auto | : | |
| Repair, Inc; fdba B-N-T Automotive, Inc; | : | |
| aka Luis Osvaldo Batista Hiraldo, | : | |
|     Movant | : | |
| v. | : | |
| CHALMERS A SIMPSON JR, | : | |
|     Respondent/Claimant | : | |

**OBJECTION TO AMENDED PROOF OF CLAIM #2**

COMES NOW the Debtor, by and through attorney Dorothy L. Mott, Esquire and makes this Objection to Creditor's claim filed in the above–captioned bankruptcy proceeding, stating in support there of as follows:

    1. The Debtor filed a Chapter 13 bankruptcy proceeding on 1/4/2018.

    2. The Respondent, CHALMERS A SIMPSON JR, filed an amended claim as a priority claim on or about August 8, 2018 in the apparent amount of either $3,700.00 or $4,000.00.

    3. There is no basis for priority status for the claim.

    4. The Respondent does not hold a priority claim.

    5. The claim should be disallowed because the claim is not a priority claim.

WHEREFORE,the Debtor hereby requests that this Honorable Court enter an order

1. Disallowing and dismissing the claim; and

2. Precluding the Claimant from presenting the omitted information as evidence in any contested matter or adversary proceeding pursuant to Rule 3001(c)(2)(D)(i); and

3. Granting such other relief as this Court deems just.

    Respectfully submitted,

    /s/ Dorothy L. Mott

    _____
    Dorothy L. Mott, Esquire
    Mott & Gendron Law
    125 State Street
    Harrisburg, PA 17101
    717.232.6650 Tel
    717.232.0477 Fax
    doriemott@aol.com

LOCAL BANKRUPTCY FORM 3007-1
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| LUIS OSVALDO BATISTA | : | |
| fdba BNT Auto Sales; fdba Batista's Auto | : | CASE NO. 1:18-bk-00021 |
| Repair, Inc; fdba Center City Auto | : | |
| Repair, Inc; fdba B-N-T Automotive, Inc; | : | |
| aka Luis Osvaldo Batista Hiraldo, | : | |
|     Debtor | : | OBJECTION TO CLAIM # 2 |
| | : | |
| LUIS OSVALDO BATISTA | : | |
| fdba BNT Auto Sales; fdba Batista's Auto | : | |
| Repair, Inc; fdba Center City Auto | : | |
| Repair, Inc; fdba B-N-T Automotive, Inc; | : | |
| aka Luis Osvaldo Batista Hiraldo, | : | |
|     Objector(s) | | |

  CHALMERS A SIMPSON JR,
      Respondent/Claimant

**************************************************************************
TO:CHALMERS A SIMPSON JR ("Claimant")

NOTICE OF OBJECTION TO CLAIM AND DEADLINE TO REQUEST HEARING DATE
Luis Osvaldo Batista has filed an objection to the proof of claim you filed in this bankruptcy case.

**NOTICE: Your claim may be reduced, modified, or eliminated.** You should read this notice and the objection carefully and discuss them with your attorney, if you have one.

If you do not want to the court to enter an order affecting your claim, then on or before September 14, 2018, (30 days from the date of service), you or your lawyer must file a request for hearing or a written response to the objection explaining your position.

Those not permitted to file electronically must deliver any request for hearing or response by U.S. mail, courier, overnight/express mail, or in person at: (select the appropriate address)

Ronald Reagan Federal Building
228 Walnut Street Rm 320
Harrisburg, PA 17101

If you mail your request for hearing or response to the court, you must mail it early enough so the court will receive on or before the date stated above.

You must also send a copy of your request for hearing or response to:
Dorothy L. Mott, Esquire
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
717. 232.6650 Tel
717.232.0476 Fax
doriemott@aol.com

**If you or your attorney do not take these steps, the court may decide that you do not oppose an order affecting your claim. Attorney for Objector**

/s/ Dorothy L. Mott
Mott & Gendron Law
PA ID: 43568
125 State Street, Harrisburg PA 17101
717. 232.6650 Tel
717.232.0476 Fax
doriemott@aol.com

Date of Notice: August 15, 2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| LUIS OSVALDO BATISTA | : | |
| fdba BNT Auto Sales; fdba Batista's Auto | : | CASE NO. 1:18-bk-00021 |
| Repair, Inc; fdba Center City Auto | : | |
| Repair, Inc; fdba B-N-T Automotive, Inc; | : | |
| aka Luis Osvaldo Batista Hiraldo, | : | |
|     Debtor | : | |
| | : | |
| LUIS OSVALDO BATISTA | : | |
| fdba BNT Auto Sales; fdba Batista's Auto | : | OBJECTION TO CLAIM # 2 |
| Repair, Inc; fdba Center City Auto | : | |
| Repair, Inc; fdba B-N-T Automotive, Inc; | | |
| aka Luis Osvaldo Batista Hiraldo, | | |
|     Movant | | |
| v. | | |
| CHALMERS A SIMPSON JR, | | |
|     Respondent/Claimant | | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on <u>August 15, 2018</u>, I served a copy of the foregoing document(s) electronically or by placing the same in the United States Mail, First Class, postage pre-paid, addressed as follows on the following parties:

| **Name and Address** | **Mode of Service** |
|---|---|
| CHARLES J DEHART, III ESQUIRE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036<br>dehartstaff@pamd13trustee.com | Electronically |
| CHALMERS A SIMPSON JR<br>PO BOX 5533<br>HARRISBURG, PA 17110 | First Class Mail, Postage Prepaid |

I certify under penalty of perjury that the foregoing is true and correct.
Date: 08/15/2018

    /s/Dorothy L Mott

    _____
    Dorothy L Mott, Esquire
    Atty ID #43568
    Dorothy L. Mott Law Office, LLC
    125 State Street
    Harrisburg, PA 17101
    (717) 232–6650 TEL
    (717) 232-0477 FAX
    doriemott@aol.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| LUIS OSVALDO BATISTA | : | |
| fdba BNT Auto Sales; fdba Batista's Auto | : | CASE NO. 1:18-bk-00021 |
| Repair, Inc; fdba Center City Auto | : | |
| Repair, Inc; fdba B-N-T Automotive, Inc; | : | |
| aka Luis Osvaldo Batista Hiraldo, | : | |
|     Debtor | : | |
| | : | |
| LUIS OSVALDO BATISTA | : | |
| fdba BNT Auto Sales; fdba Batista's Auto | : | OBJECTION TO CLAIM # 2 |
| Repair, Inc; fdba Center City Auto | : | |
| Repair, Inc; fdba B-N-T Automotive, Inc; | : | |
| aka Luis Osvaldo Batista Hiraldo, | : | |
|     Movant | : | |
| v. | : | |
| CHALMERS A SIMPSON JR, | : | |
|     Respondent/Claimant | : | |

**O R D E R**

UPON CONSIDERATION of the Objection to Proof of Claim filed by the Debtor, it is hereby

ORDERED that the claim of the Respondent is disallowed and dismissed; it is further

ORDERED that the Claimant is precluded from presenting the omitted information as evidence in any contested matter or adversary proceeding pursuant to Rule 3001(c)(2)(D)(i)