```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
```

In re:                                                              Case No. 18-00021-HWV
Luis Osvaldo Batista                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: JGoodling            Page 1 of 1            Date Rcvd: Sep 26, 2018
                              Form ID: ortext            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2018.
cr              +Chalmers A. Simpson, Jr.,   P.O. Box 5533,   Harrisburg, PA 17110-0533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              D. Troy Sellars    on behalf of Mediator Troy D. Sellars D.Troy.Sellars@usdoj.gov,
               ustpregion03.ha.ecf@usdoj.gov
              Dorothy L Mott    on behalf of Debtor 1 Luis Osvaldo Batista DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              James Warmbrodt     on behalf of Creditor   PNC Bank N.A. bkgroup@kmllawgroup.com
              Jennifer D Gould    on behalf of Creditor   Steward Financial Services jgould@stark-stark.com,
               mdepietro@stark-stark.com;lsciscio@stark-stark.com
              Kara Katherine Gendron    on behalf of Debtor 1 Luis Osvaldo Batista karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Luis Osvaldo Batista,
aka Luis Osvaldo Batista Hiraldo, fdba Batista's Auto Repair, Inc,
fdba BNT Auto Sales, fdba B−N−T Automotive, Inc, fdba Center City Auto Repair, Inc,

Chapter: 13

Case number: 1:18−bk−00021−HWV

**Debtor 1**

## ORDER

Proceeding Memo re: Confirmation Hearing; held. Record made. Order − objection overruled. Case is eligible for confirmation per Trustee. Appearances: Dorothy Mott, Chalmers Simpson, Jr. and Charles J. DeHart, III, Esquire (Trustee). IT IS SO ORDERED on 9/26/2018. /s/Henry W. Van Eck (RE: related document(s)54, 60). (Goodling, Joan)

Order Text Entries (Form ortext) (5/18)