```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                  Case No. 18-00021-HWV
Luis Osvaldo Batista                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: REshelman              Page 1 of 1              Date Rcvd: Oct 01, 2018
                               Form ID: pdf010              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2018.
cr             +Chalmers A. Simpson, Jr.,    P.O. Box 5533,    Harrisburg, PA 17110-0533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              D. Troy Sellars    on behalf of Mediator Troy D. Sellars D.Troy.Sellars@usdoj.gov,
               ustpregion03.ha.ecf@usdoj.gov
              Dorothy L Mott    on behalf of Debtor 1 Luis Osvaldo Batista DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              James Warmbrodt    on behalf of Creditor   PNC Bank N.A. bkgroup@kmllawgroup.com
              Jennifer D Gould    on behalf of Creditor   Steward Financial Services jgould@stark-stark.com,
               mdepietro@stark-stark.com;lsciscio@stark-stark.com
              Kara Katherine Gendron    on behalf of Debtor 1 Luis Osvaldo Batista karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| LUIS OSVALDO BATISTA | : | |
| fdba BNT Auto Sales; fdba Batista's Auto | : | CASE NO. 1:18-bk-00021 |
| Repair, Inc; fdba Center City Auto | : | |
| Repair, Inc; fdba B-N-T Automotive, Inc; | : | |
| aka Luis Osvaldo Batista Hiraldo, | : | |
|     Debtor | : | |
| | : | |
| LUIS OSVALDO BATISTA | : | |
| fdba BNT Auto Sales; fdba Batista's Auto | : | OBJECTION TO CLAIM # 2 |
| Repair, Inc; fdba Center City Auto | : | |
| Repair, Inc; fdba B-N-T Automotive, Inc; | : | |
| aka Luis Osvaldo Batista Hiraldo, | : | |
|     Movant | : | |
| v. | : | |
| CHALMERS A SIMPSON JR, | : | |
|     Respondent/Claimant | : | |

## O R D E R

Upon consideration of the Objection to Proof of Claim No. 2 (the "Objection") filed by the Debtor, and after notice and a hearing, it is hereby

**ORDERED** that the Objection is **SUSTAINED** and Claim No. 2 shall be allowed as a general unsecured claim not entitled to priority status.

Dated: October 01, 2018

By the Court,

Henry W. Van Eck, Bankruptcy Judge (LS)