# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: <br> LUIS OSVALDO BATISTA <br> fdba BNT Auto Sales; fdba Batista's Auto Repair, Inc; fdba Center City Auto Repair, Inc; fdba B-N-T Automotive, Inc; aka Luis Osvaldo Batista Hiraldo, <br> Debtor | : <br> : <br> : <br> : <br> : <br> : <br> : | CHAPTER 13 <br><br> CASE NO. 1:18-bk-00021 |
| LUIS OSVALDO BATISTA <br> fdba BNT Auto Sales; fdba Batista's Auto Repair, Inc; fdba Center City Auto Repair, Inc; fdba B-N-T Automotive, Inc; aka Luis Osvaldo Batista Hiraldo, <br> Movant <br> v. <br> CHALMERS A SIMPSON JR, <br> Respondent/Claimant | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | OBJECTION TO CLAIM # 2 |

FILED      Harrisburg, PA.
July 24, 2019
Clerk, U.S. Bankruptcy Court

CHALMERS A. SIMPSON, JR.
P.O. BOX 5533
HARRISBURG, PA. 17110
717-317-4587

RE: CHALMERS A. SIMPSON, JR. V. LUIS OSVALDO BATISTA:

I am contacting you in reference to the ORDER which was issued October 1st 2018, see attached. Has there been any funds issued in case NO. 1:18-bk-00021 for Chalmers A. Simpson, Jr after the order was issued, if not when will the first check be forwarded to me as payment.

Thank you very much:

Dated: 7-21-2019

*signature*
CHALMERS A. SIMPSON, JR.

RECEIVED HARRISBURG PA
JUL 24 2019
Clerk, U.S. Bankruptcy Court

## PROOF OF VERIFICATION OF SERVICE

I Chalmers A. Simpson, Jr. do hereby certify and verify that any statements made herein are true and correct to the best of my information, ability and belief, and that any false statements made herein are made subject to the penalties of section 18 Pa. C.S. pursuant to 4904 related to unsworn falsification to authorities.

Dated: 7/21/19

_Chalmers A. Simpson Jr._
CHALMERS A. SIMPSON, JR.

## PROOF OF CERTIFICATION OF SERVICE

I Chalmers A. Simpson, Jr. do hereby certify and verify that a true and correct copy of the foregoing has been served to:

1. United States Bankruptcy Court, Ronald Regan Federal Building, 3rd Floor, Third & Walnut Street, Harrisburg, Pa. 17101

2. Attorney at Law Dorothy L. Mott, Esq. Mott & Gendron Law 125 State Street Harrisburg, Pa. 17101

3.

4.

Dated: 7/21/19

_Chalmers A. Simpson Jr._
CHALMERS A. SIMPSON, JR.
P.O. BOX 5533
Harrisburg, Pa. 17110
717-317-4587/717-571-3841




IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| LUIS OSVALDO BATISTA | : | |
| fdba BNT Auto Sales; fdba Batista's Auto | : | CASE NO. 1:18-bk-00021 |
| Repair, Inc; fdba Center City Auto | : | |
| Repair, Inc; fdba B-N-T Automotive, Inc; | : | |
| aka Luis Osvaldo Batista Hiraldo, | : | |
| Debtor | : | |
| | : | |
| LUIS OSVALDO BATISTA | : | |
| fdba BNT Auto Sales; fdba Batista's Auto | : | OBJECTION TO CLAIM # 2 |
| Repair, Inc; fdba Center City Auto | : | |
| Repair, Inc; fdba B-N-T Automotive, Inc; | : | |
| aka Luis Osvaldo Batista Hiraldo, | : | |
| Movant | : | |
| v. | : | |
| CHALMERS A SIMPSON JR, | : | |
| Respondent/Claimant | : | |

## ORDER

Upon consideration of the Objection to Proof of Claim No. 2 (the "Objection") filed by the Debtor, and after notice and a hearing, it is hereby

**ORDERED** that the Objection is **SUSTAINED** and Claim No. 2 shall be allowed as a general unsecured claim not entitled to priority status.

Dated: October 01, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (a.s)