# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
LUIS OSVALDO BATISTA
fdba BNT Auto Sales; fdba Batista's Auto Repair, Inc; fdba Center City Auto Repair, Inc; fdba B-N-T Automotive, Inc; aka Luis Osvaldo Batista Hiralde,
Debtor

CHAPTER 13

CASE NO. 1:18-bk-00021

LUIS OSVALDO BATISTA
fdba BNT Auto Sales; fdba Batista's Auto Repair, Inc; fdba Center City Auto Repair, Inc; fdba B-N-T Automotive, Inc; aka Luis Osvaldo Batista Hiralde,
Movant

v.

CHALMERS A SIMPSON JR,
Respondent/Claimant

OBJECTION TO CLAIM #2

CHALMERS A. SIMPSON, JR.
P.O. BOX 5533
HARRISBURG, PA. 17110
717-317-4587

FILED HARRISBURG
2019 OCT -7 PM 2:29
CLERK U.S. BANKRUPTCY COURT

RE: CHALMERS A. SIMPSON, JR. V. LUIS OSVALDO BATISTA:

I am contacting you in reference to the ORDER which was issued October 1st 2018, see attached. Has there been any funds issued in case NO. 1:18-bk-00021 for Chalmers A. Simpson, Jr after the order was issued, if not when will the first check be forwarded to me as payment.

Thank you very much:
Dated: 10/1/19

CHALMERS A. SIMPSON, JR.

## PROOF OF VERIFICATION OF SERVICE

I Chalmers A. Simpson, Jr. do hereby certify and verify that any statements made herein are true and correct to the best of my information, ability and belief, and that any false statements made herein are made subject to the penalties of section 18 Pa. C.S. pursuant to 4904 related to unsworn falsification to authorities:

Dated: 10/1/19

CHALMERS A. SIMPSON, JR.

## PROOF OF CERTIFICATION OF SERVICE

I Chalmers A. Simpson, Jr. do hereby certify and verify that a true and correct copy of the foregoing has been served to:

1. United states Bankruptcy Court, Ronald Regan Federal Building, 3rd Floor, Third & Walnut Street, Harrisburg, Pa. 17101
2. Attorney at Law—Dorothy L. Mott, Esq., Mott & Gendron Law 125 State Street Harrisburg, Pa. 17101
3.
4.

Dated: 10/1/19

CHALMERS A. SIMPSON, JR.
P.O. BOX 5533
Harrisburg, Pa. 17110
717-317-4587/717-571-3841

Exhibit (B)(1)


10/6/18

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>LUIS OSVALDO BATISTA<br>fdba BNT Auto Sales; fdba Batista's Auto Repair, Inc; fdba Center City Auto Repair, Inc; fdba B-N-T Automotive, Inc; aka Luis Osvaldo Batista Hiraldo,<br>    Debtor | : : : : : : : | CHAPTER 13<br><br>CASE NO. 1:18-bk-00021 |
| LUIS OSVALDO BATISTA<br>fdba BNT Auto Sales; fdba Batista's Auto Repair, Inc; fdba Center City Auto Repair, Inc; fdba B-N-T Automotive, Inc; aka Luis Osvaldo Batista Hiraldo,<br>    Movant<br>v.<br>CHALMERS A SIMPSON JR,<br>    Respondent/Claimant | : : : : : : : : : : | OBJECTION TO CLAIM # 2 |

## ORDER

Upon consideration of the Objection to Proof of Claim No. 2 (the "Objection") filed by the Debtor, and after notice and a hearing, it is hereby

**ORDERED** that the Objection is **SUSTAINED** and Claim No. 2 shall be allowed as a general unsecured claim not entitled to priority status.

Dated: October 01, 2018

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (LS)