**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:   LUIS OSVALDO BATISTA
         LUIS OSVALDO BATISTA
         HIRALDO
         <DBA.Name>

                                              CHAPTER 13

                    Debtor(s)


         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE
                         Movant            CASE NO: 1-18-00021-HWV
         vs.

         LUIS OSVALDO BATISTA etal.
                         Respondent(s)


**TRUSTEE'S MOTION TO DISMISS CASE**

COMES NOW, on January 5, 2022, Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney James K. Jones, Esquire and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).


Dated:    January 5, 2022                  Respectfully submitted,

                                           /s/   James K. Jones, Esquire
                                           ID:  39031
                                           Attorney for Movant
                                           Jack N. Zaharopoulos
                                           Standing Chapter 13 Trustee
                                           8125 Adams Drive, Suite A
                                           Hummelstown, PA 17036
                                           Phone:  (717) 566-6097
                                           email:  jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:    LUIS OSVALDO BATISTA
          LUIS OSVALDO BATISTA
          HIRALDO
          <DBA.Name>

                                 CHAPTER 13
                Debtor(s)

          JACK N. ZAHAROPOULOS
          CHAPTER 13 TRUSTEE
                      Movant          CASE NO: 1-18-00021-HWV
          vs.

          LUIS OSVALDO BATISTA etal.
                    Respondent(s)

**<u>NOTICE</u>**

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion.  Any matters not resolved shall be heard at the dismissal hearing.

        February 9, 2022 at 09:35 AM
        Bankruptcy Courtroom
        Ronald Reagan Federal Bldg
        3rd Floor, 228 Walnut Street
        Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.  You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
        **AMOUNT DELINQUENT AS OF LAST MONTH:  $ 2642.22**
        **AMOUNT DUE FOR THIS MONTH:  $1420.00**
        **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $4062.22**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

    **If submitting payment by U.S. First Class Mail** mail to**:**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.  You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3.  You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.


Dated:     January 5, 2022                       Respectfully submitted,

/s/    James K. Jones, Esquire
ID:  39031
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:    LUIS OSVALDO BATISTA
          LUIS OSVALDO BATISTA
          HIRALDO
          <DBA.Name>

                                              CHAPTER 13
                    Debtor(s)


          JACK N. ZAHAROPOULOS
          CHAPTER 13 TRUSTEE
                    Movant            CASE NO: 1-18-00021-HWV
          vs.


          LUIS OSVALDO BATISTA etal.
                    Respondent(s)


## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 5, 2022, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

  KARA K GENDRON
  MOTT & GENDRON LAW
  125 STATE STREET
  HARRISBURGPA17101-

  UNITED STATES TRUSTEE
  SUITE 1190
  228 WALNUT STREET
  HARRISBURG, PA  17101

Served by First Class Mail

  LUIS OSVALDO BATISTA
  129 S 4TH STREET
  APT B
  STEELTON  PA   17113

I certify under penalty of perjury that the foregoing is true and correct.

Date:  January 5, 2022                 Respectfully Submitted,
                                       /s/  Liz Joyce
                                       for Jack N. Zaharopoulos
                                       Standing Chapter 13 Trustee
                                       Suite A, 8125 Adams Dr.

Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   LUIS OSVALDO BATISTA
         AKA: LUIS OSVALDO BATISTA
         HIRALDO
         DBA: BNT AUTO SALES, BATISTA'S
         AUTO REPAIR, INC, CENTER CITY
         AUTO REPAIR, INC, B-N-T
         AUTOMOTIVE, INC

                                              CHAPTER 13

             Debtor(s)


         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE
             Movant                           CASE NO: 1-18-00021-HWV


         vs.


         LUIS OSVALDO BATISTA
         AKA: LUIS OSVALDO BATISTA
         HIRALDO
         DBA: BNT AUTO SALES, BATISTA'S
         AUTO REPAIR, INC, CENTER CITY
         AUTO REPAIR, INC, B-N-T
         AUTOMOTIVE, INC



### ORDER DISMSSING CASE


        Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.  The Court retains jurisdiction to rule on any timely filed fee application.