IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| LUIS OSVALDO BATISTA | : | |
| fdba BNT Auto Sales; fdba Batista's Auto | : | CASE NO. 1:18-bk-00021 |
| Repair, Inc; fdba Center City Auto | : | |
| Repair, Inc; fdba B-N-T Automotive, Inc; | : | |
| aka Luis Osvaldo Batista Hiraldo | : | |
|     Debtor | : | |
| | : | |
| LUIS OSVALDO BATISTA | : | |
| fdba BNT Auto Sales; fdba Batista's Auto | : | |
| Repair, Inc; fdba Center City Auto | : | |
| Repair, Inc; fdba B-N-T Automotive, Inc; | : | |
| aka Luis Osvaldo Batista Hiraldo, | : | |
|     Movant | : | |

**ORDER APPROVING SETTLEMENT AGREEMENT**

UPON CONSIDERATION of the Motion for Approval of Settlement Agreement and Distribution of Proceeds filed by the Debtor

IT IS HEREBY ORDERED that the Settlement Agreement and Distribution of Proceeds is hereby ordered and approved.