United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 18-00021-HWV
Luis Osvaldo Batista     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 5
Date Rcvd: Sep 21, 2023     Form ID: 3180W     Total Noticed: 89

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luis Osvaldo Batista, 129 S 4th Street, Apt B, Steelton, PA 17113-2401 |
| cr | + | Borough of Steelton and Steelton-Highspire School, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| md | #+ | D Troy Sellars, Office of the U.S. Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |
| cr | + | Steward Financial Services, c/o Jennifer Gould/Stark & Stark, 993 Lenox Drive, Bldg. 2, Lawrenceville, NJ 08648-2316 |
| 5008129 | + | ADT BILLING DEPT, 3190 SOUTH VAUGHN WAY, AURORA, CO 80014-3512 |
| 5008131 | + | ADVANCED PAINCARE, 2501 N THIRD STREET, 3RD FL, HARRISBURG, PA 17110-1904 |
| 5471819 | + | Borough of Steelton, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5008136 | + | CANUTE BARBOZA, 647 BRISBAIN LANE, ENOLA, PA 17025-1557 |
| 5014830 | + | CHALMERS A. SIMPSON , JR., P.O. BOX 5533, HARRISBURG , PA 17110-0533 |
| 5008147 | + | CITY OF HARRISBURG, TAX & ENFORCEMENT OFFICE STE 305-A, CITY GOVERNMENT CENTER, 10 N 2ND STREET, HARRISBURG, PA 17101-1677 |
| 5008151 | | COMMONWEALTH OF PA, DEPT OF REV, BUREAU OF COMPLIANCE, PO BOX 280947, HARRISBURG, PA 17128-0947 |
| 5008150 | | COMMONWEALTH OF PA, DEPARTMENT OF REVENUE, BUREAU OF INDIVIDUAL TAX, DEPT 280431, HARRISBURG, PA 17128-0431 |
| 5008156 | + | DAUPHIN COUNTY TAX CLAIM, 2 SOUTH 2ND STREET, HARRISBURG, PA 17101-2047 |
| 5008157 | + | EHRLICH, 491 BLUE EAGLE AVENUE, HARRISBURG, PA 17112-2314 |
| 5008158 | + | FIRST DATA GLOBAL LEASING, PO BOX 173845, DENVER, CO 80217-3845 |
| 5008162 | + | JOSPEH M SEMBROT, ESQ, GOLDBERG KATZMAN PC, 4250 CRUMS MILL RD, PO BOX 6991, HARRISBURG, PA 17112-0900 |
| 5008163 | + | KEYSTONE COLLECTIONS GROUP, PO BOX 559, IRWIN, PA 15642-0559 |
| 5064962 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 5008165 | + | MARIANNE F REIDER, 123 NORTH FRONT ST, STEELTON, PA 17113-2238 |
| 5008166 | + | MBF LEASING INC, 525 WASHINGTON BLV 15TH FLOOR, JERSEY CITY, NJ 07310-2603 |
| 5008167 | + | MICHAEL E LEWIS, 163 SOUTH 4TH STREET, HARRISBURG, PA 17113-2402 |
| 5008170 | + | NORTH SHORE AGENCY CORRESPONDENCE, PO BOX 9221, OLD BETHPAGE, NY 11804-9021 |
| 5008172 | + | OAR, PO BOX 239, GIBBSBORO, NJ 08026-0239 |
| 5008174 | + | ORTHOPEDIC INSTITUTE OF PA, 3399 TRINDLE ROAD, CAMP HILL, PA 17011-2286 |
| 5008175 | + | PAGE & ASSOCIATES LLC, 4076 MARKET STREET, STE 201, CAMP HILL, PA 17011-4225 |
| 5008176 | + | PATHOLOGY ASSOC OF CEN PA, 4520 UNION DEPOSIT ROAD, HARRISBURG, PA 17111-2910 |
| 5008178 | + | PINNACLE HEALTH EMERGENCY, 6880 W SNOWVILLE ROAD, SUITE 210, BRECKSVILLE, OH 44141-3255 |
| 5008179 | + | PINNACLE HEALTH HOSPITALS, PO BOX 2353, HARRISBURG, PA 17105-2353 |
| 5008182 | | PPL ELECTRIC UTILITIES, ATTN: BANKRUPTCY DEPT, 827 HAUSMAN ROAD, ALLENTOWN PA 18104-9392 |
| 5008184 | + | QUAL AST REC, 7 FOSTER AVE, GIBBSBORO, NJ 08026-1191 |
| 5008185 | + | RIVERSIDE ANES ASSOC LTD, 1 RUTHERFORD RD, STE 101, HARRISBURG, PA 17109-4540 |
| 5008186 | + | RMS, PO BOX 361598, COLUMBUS, OH 43236-1598 |
| 5008191 | + | STEVE BEHNEY, 501 BOSLER AVE, LEMOYNE, PA 17043-1815 |
| 5008192 | + | STEVEN LEWIS, 163 S 4TH ST, STEELTON, PA 17113-2402 |
| 5008193 | + | STEWARD FINANCIAL, PO BOX 39, MAPLE SHADE, NJ 08052-0039 |
| 5239044 | + | Steelton-Highspire School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5029567 | + | Steward Financial Services, c/o Stark & Stark, P.C., 993 Lenox Drive, Lawrenceville, NJ 08648, Attention: Jennifer D. Gould, Esquire 08648-2316 |
| 5008197 | + | THE PINES, 301 N PROGRESS AVENUE, HARRISBURG, PA 17109-6533 |
| 5008202 | + | WALNUT CROSSING APARTMENTS, 3300 UNION DEPOST ROAD, HARRISBURG, PA 17109-5723 |

| | | |
|---|---|---|
| 5008204 | + | WEST SHORE ENDOSCOPY CTR, 423 N 21ST ST, SUITE 102, CAMP HILL, PA 17011-2207 |
| 5008205 | | YORK WASTE DISPOSAL, 3730 SANDHURST DRIVE, YORK, PA 17406-7935 |

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5008127 | | Email/Text: rperez@arcadiarecovery.com | Sep 21 2023 18:36:00 | ACCOUNT RECOVERY BUREAU INC, 645 PENN STREET, STE 400, READING, PA 19601-3559 |
| 5008128 | | Email/Text: rperez@arcadiarecovery.com | Sep 21 2023 18:36:00 | ACCOUNTS RECOVERY BUREAU INC, 645 PENN ST STE 400, READING, PA 19601-3559 |
| 5008130 | + | Email/Text: amscbankruptcy@adt.com | Sep 21 2023 18:36:00 | ADT SECURITY SERVICES, 3190 S VAUGHN WAY, AURORA, CO 80014-3541 |
| 5015589 | + | Email/Text: amscbankruptcy@adt.com | Sep 21 2023 18:36:00 | ADT Security Services Inc., 3190 South Vaughn Way, Aurora, CO 80014-3541 |
| 5008132 | + | Email/Text: documents@apellesnow.com | Sep 21 2023 18:36:00 | APPELLES, 3700 CORPORATE DR STE 240, COLUMBUS, OH 43231-5001 |
| 5008133 | ^ | MEBN | Sep 21 2023 18:33:40 | ARCADIA RECOVERY BUREAU, PO BOX 6768, WYOMISSING, PA 19610-0768 |
| 5017548 | + | EDI: PHINAMERI.COM | Sep 21 2023 22:39:00 | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 5008134 | | EDI: BANKAMER.COM | Sep 21 2023 22:39:00 | BANK OF AMERICA, BANKRUPTCY DEPARTMENT, 4161 PIEDMONT PARKWAY, GREENSBORO, NC 27410 |
| 5008135 | | Email/Text: Bankruptcy@BAMcollections.com | Sep 21 2023 18:36:00 | BUREAU OF ACCOUNT MGMT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 5034696 | + | EDI: BANKAMER2.COM | Sep 21 2023 22:39:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5008137 | | EDI: CAPITALONE.COM | Sep 21 2023 22:39:00 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5008141 | + | EDI: CBCSI.COM | Sep 21 2023 22:39:00 | CBCS, PO BOX 1810, COLUMBUS OH 43216-1810 |
| 5008142 | + | Email/Text: compliance@contractcallers.com | Sep 21 2023 18:36:00 | CCI, 501 GREENE STREET, 3RD FL, STE 302, AUGUSTA, GA 30901-4415 |
| 5008146 | + | Email/Text: docs@chaserec.com | Sep 21 2023 18:36:00 | CHASE RECEIVABLES, 1247 BROADWAY, SONOMA, CA 95476-7503 |
| 5008148 | + | EDI: COMCASTCBLCENT | Sep 21 2023 22:39:00 | COMCAST CABLE (BK Notices), 1555 SUZY ST, LEBANON, PA 17046-8318 |
| 5008149 | | EDI: PENNDEPTREV | Sep 21 2023 22:39:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5008149 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 21 2023 18:36:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5008154 | | Email/Text: Collections_Bankruptcies@encoreexchange.com | Sep 21 2023 18:36:00 | COMPUTER CREDIT, INC, CLAIM DEPT 006301, 470 W HANES MILL ROAD, PO BOX 5238, WINSTON SALEM, NC 27113-5238 |
| 5008155 | + | EDI: CONVERGENT.COM | Sep 21 2023 22:39:00 | CONVERGENT OUTSOURCING INC, 800 SW 39TH STREET, PO BOX 9004, RENTON, WA 98057-9004 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 5015271 | | EDI: CAPITALONE.COM | Sep 21 2023 22:39:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5008153 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Sep 21 2023 18:36:00 | COMMONWEALTH OF PA, BUREAU OF UC BENEFITS/ALLOWANCES, PO BOX 67503, HARRISBURG, PA 17106 |
| 5008199 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Sep 21 2023 18:36:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5008159 | + | EDI: PHINAMERI.COM | Sep 21 2023 22:39:00 | GM FINANCIAL-BANKRUPTCY DEPT, PO BOX 183853, ARLINGTON, TX 76096-3853 |
| 5008160 | | EDI: IRS.COM | Sep 21 2023 22:39:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5008145 | | Email/Text: info@pamd13trustee.com | Sep 21 2023 18:36:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5013435 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 21 2023 18:36:00 | MIDLAND FUNDING LLC, MIDLAND CREDIT MANAGEMENT, INC. as agent, for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5008168 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 21 2023 18:36:00 | MIDLAND FUNDING LLC, 2365 NORTHSIDE DR STE 300, SAN DIEGO, CA 92108-2710 |
| 5008169 | | Email/Text: Bankruptcies@nragroup.com | Sep 21 2023 18:36:00 | NATIONAL RECOVERY AGENCY, PO BOX 67015, HARRISBURG PA 17106-7015 |
| 5008171 | ^ | MEBN | Sep 21 2023 18:33:37 | NORTHSTAR LOCATION SERVICES LLC, 4285 GENESEE STREET, CHEEKTOWAGA, NY 14225-1943 |
| 5016443 | | EDI: AGFINANCE.COM | Sep 21 2023 22:39:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 5008173 | | EDI: AGFINANCE.COM | Sep 21 2023 22:39:00 | ONEMAIN FINANCIAL ATTN: BK NOTICES, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5033623 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 21 2023 18:36:00 | PNC BANK, PO BOX 94982, CLEVELAND OH 44101 |
| 5008180 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 21 2023 18:36:00 | PNC MORTGAGE, BANKRUPTCY DEPT, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 5008181 | | EDI: PRA.COM | Sep 21 2023 22:39:00 | PORTFOLIO RECOVERY ASSOCIATES LLC, BK NOTICES, PO BOX 41067, NORFOLK, VA 23541 |
| 5029440 | | EDI: PRA.COM | Sep 21 2023 22:39:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5008444 | + | EDI: RECOVERYCORP.COM | Sep 21 2023 22:39:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5015824 | | EDI: PENNDEPTREV | Sep 21 2023 22:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 5015824 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 21 2023 18:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 5008187 | + | Email/Text: DeftBkr@santander.us | Sep 21 2023 18:36:00 | SANTANDER BANK NA, OVERDRAFT COLLECTIONS 10-421-MC3, 450 PENN STREET, READING, PA 19602-1011 |
| 5030084 | | Email/Text: legalservices12@snaponcredit.com | Sep 21 2023 18:36:00 | Snap-on Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 5008188 | | Email/Text: legalservices12@snaponcredit.com | Sep 21 2023 18:36:00 | SNAP ON CREDIT(p), 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE, IL |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 60048-5339 |
| 5008189 | | EDI: AISSPRINT | Sep 21 2023 22:39:00 | SPRINT BANKRUPTCY, PO BOX 7949, OVERLAND PARK, KS 66207 |
| 5023670 | | EDI: AISSPRINT | Sep 21 2023 22:39:00 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 5008190 | + | Email/Text: home.fss-bankruptcy.934c00@statefarm.com | Sep 21 2023 18:36:00 | STATE FARM FIRE & CASUALTY CO, 100 STATE FARM PLACE, BALLSTON SPA, NY 12020-3722 |
| 5008194 | | EDI: RMSC.COM | Sep 21 2023 22:39:00 | SYNCB/VCF, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5008196 | + | EDI: CITICORP.COM | Sep 21 2023 22:39:00 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5008198 | + | Email/Text: BCN@timepayment.com | Sep 21 2023 18:36:00 | TIME PAYMENT CORP, 1600 DISTRICT AVE, STE 200, BURLINGTON, MA 01803-5076 |
| 5008200 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Sep 21 2023 18:36:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5008201 | | EDI: VERIZONCOMB.COM | Sep 21 2023 22:39:00 | VERIZON BANKRUPTCY DEPT, 500 TECHNOLOGY DR, STE 550, SAINT CHARLES, MO 63304-2225 |
| 5008203 | | EDI: WFFC2 | Sep 21 2023 22:39:00 | WELLS FARGO BANK, ATTN: BANKRUPTCY DEPT, ONE HOME CAMPUS, #2301 01A, DES MOINES IA 50328-0001 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5008140 | | CARMEN LOPEZ |
| 5008143 | | CD EAST FAMILY HEALTH & WELLNESS, Address removed per entry 68 |
| 5008152 | | COMMONWEALTH OF PA |
| 5008183 | | PROVIDENCIA MARCANO, ADDRESS REMOVED PER ENTRY 33 |
| 5008195 | | TARA NEALY |
| cr | *+ | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | Chalmers A. Simpson, Jr., P.O. Box 5533, Harrisburg, PA 17110-0533 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Steelton-Highspire School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5038090 | *+ | Americredit Financial Services, Inc. Dba GM Financ, P.O. Box 183853, Arlington, TX 76096-3853 |
| 5008139 | *+ | CAPITAL TAX COLLECTION BUREAU, 506 S STATE ROAD, MARYSVILLE, PA 17053-1010 |
| 5008161 | * | IRS CENTRALIZED INSOLVENCY ORGANIZATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5008138 | ##+ | CAPITAL TAX COLLECTION BUREAU, 506 S STATE ROAD, MARYSVILLE, PA 17053-1010 |
| 5008144 | ##+ | CHALMERS A SIMPSON JR, 501 MACLAY STREET #9, HARRISBURG, PA 17110-2354 |
| 5008164 | ##+ | LEASE FINANCE GROUP LLC, 525 WASHINGTON BLVD, 15TH FL, JERSEY CITY, NJ 07310-2603 |
| 5008177 | ##+ | PENN CREDIT CORP, 916 S 14TH STREET, HARRISBURG, PA 17104-3425 |

TOTAL: 5 Undeliverable, 7 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 23, 2023          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2023 at the address(es) listed below:

**Name**  **Email Address**

D. Troy Sellars
 on behalf of Mediator D Troy Sellars D.Troy.Sellars@usdoj.gov  ustpregion03.ha.ecf@usdoj.gov

Dorothy L Mott
 on behalf of Debtor 1 Luis Osvaldo Batista DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Jack N Zaharopoulos
 TWecf@pamd13trustee.com

James Warmbrodt
 on behalf of Creditor PNC Bank N.A. bkgroup@kmllawgroup.com

James Randolph Wood
 on behalf of Creditor Steelton-Highspire School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

James Randolph Wood
 on behalf of Creditor Borough of Steelton and Steelton-Highspire School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com

Jennifer D Gould
 on behalf of Creditor Steward Financial Services jennifer.gould@volvo.com mdepietro@stark-stark.com;lsciscio@stark-stark.com

Kara Katherine Gendron
 on behalf of Debtor 1 Luis Osvaldo Batista karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

United States Trustee
 ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

| | | | |
|---|---|---|---|
| **Information to identify the case:** | | | |
| Debtor 1 | Luis Osvaldo Batista<br>First Name   Middle Name   Last Name | Social Security number or ITIN | xxx–xx–0886 |
| | | EIN | __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | ____ |
| | | EIN | __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 1:18–bk–00021–HWV | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

>   Luis Osvaldo Batista
>   aka Luis Osvaldo Batista Hiraldo, fdba Batista's
>   Auto Repair, Inc, fdba BNT Auto Sales, fdba
>   B–N–T Automotive, Inc, fdba Center City Auto
>   Repair, Inc

9/21/23

**By the court:** *Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**