UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

In re: LUIS OSVALDO BATISTA § Case No. 1:18-bk-00021
§
§
Debtor(s) §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Jack N. Zaharopoulos, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 01/04/2018.

2) The plan was confirmed on 10/01/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 09/09/2019, 10/02/2019, 01/11/2022, 02/09/2022.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 08/14/2019, 01/05/2022.

5) The case was completed on 08/04/2023.

6) Number of months from filing or conversion to last payment: 67.

7) Number of months case was pending: 73.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $14,957.00.

10) Amount of unsecured claims discharged without full payment: $125,830.06.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| | | | | | |
|---|---|---|---|---|---|
| Receipts: | | | | | |
| Total paid by or on behalf of the debtor(s) | | $ 68,848.78 | | | |
| Less amount refunded to debtor(s) | | $ 268.00 | | | |
| **NET RECEIPTS** | | | $ 68,580.78 | | |

| | |
|---|---|
| **Expenses of Administration:** | |
| Attorney's Fees Paid Through the Plan | $ 5,000.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 4,916.44 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 9,916.44 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| KARA K GENDRON | Lgl | 0.00 | NA | NA | 5,000.00 | 0.00 |
| MIDLAND CREDIT MGMT; | Uns | 776.00 | 776.38 | 776.38 | 40.02 | 0.00 |
| CHALMERS A SIMPSON, JR | Uns | 0.00 | 4,000.00 | 4,000.00 | 206.18 | 0.00 |
| CAPITAL ONE BANK | Uns | 379.00 | 379.07 | 379.07 | 19.54 | 0.00 |
| ADT SECURITY SERVICES INC | Uns | 100.00 | 1,125.44 | 1,125.44 | 58.01 | 0.00 |
| COMMONWEALTH OF | Pri | 230.94 | 6,047.58 | 3,822.82 | 1,047.03 | 0.00 |
| COMMONWEALTH OF | Uns | 17,559.46 | 6,047.58 | 2,224.76 | 114.67 | 0.00 |
| ONEMAIN FINANCIAL | Uns | 3,888.00 | 2,278.66 | 2,278.66 | 117.45 | 0.00 |
| AMERICREDIT FINANCIAL | Uns | 14,383.00 | 14,383.10 | 14,383.10 | 741.37 | 0.00 |
| CITY OF HARRISBURG | Pri | 0.00 | 1,230.46 | 1,230.46 | 1,230.46 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 16,824.23 | 15,874.09 | 15,874.09 | 15,874.09 | 0.00 |
| PPL ELECTRIC UTILITIES | Uns | 2,847.89 | 2,728.57 | 2,728.57 | 140.64 | 0.00 |
| SPRINT | Uns | 252.36 | 538.00 | 538.00 | 27.73 | 0.00 |
| MIDLAND CREDIT MGMT; | Uns | 960.00 | 960.10 | 960.10 | 49.49 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 2,059.00 | 1,998.06 | 1,998.06 | 102.99 | 0.00 |
| STEWARD FINANCIAL SERVICES, | Sec | 19,723.00 | 16,278.97 | 1,879.63 | 1,879.63 | 0.00 |
| SNAP ON CREDIT | Uns | 5,977.00 | 5,375.72 | 5,375.72 | 277.09 | 0.00 |
| DAUPHIN COUNTY TAX CLAIM | Sec | 31,278.00 | 32,280.76 | 32,280.76 | 32,280.76 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PNC BANK | Sec | 92,594.40 | 90,594.40 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 18,640.00 | 11,970.74 | 11,970.74 | 617.02 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 4,727.14 | 4,727.14 | 243.66 | 0.00 |
| BANK OF AMERICA | Uns | 1,579.00 | 1,579.95 | 1,579.95 | 81.44 | 0.00 |
| KEYSTONE COLLECTIONS GROUP | Uns | 0.00 | 270.50 | 270.50 | 13.94 | 0.00 |
| PORTNOFF LAW ASSOCIATES, LTS | Sec | 0.00 | 2,171.22 | 2,171.22 | 2,171.22 | 0.00 |
| PORTNOFF FOR STEELTON | Sec | 0.00 | 1,329.91 | 1,329.91 | 1,329.91 | 0.00 |
| COMMONWEALTH OF PA | Sec | 5,059.63 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY BUREAU INC | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED PAINCARE | Uns | 5.00 | NA | NA | 0.00 | 0.00 |
| APPELLES | Uns | 1,182.00 | NA | NA | 0.00 | 0.00 |
| BUREAU OF ACCOUNT MGMT | Uns | 437.00 | NA | NA | 0.00 | 0.00 |
| CANUTE BARBOZA | Uns | 4,663.90 | NA | NA | 0.00 | 0.00 |
| CAPITAL TAX COLLECTION | Uns | 602.50 | NA | NA | 0.00 | 0.00 |
| CBCS | Uns | 101.47 | NA | NA | 0.00 | 0.00 |
| CD EAST FAMILY HEALTH & | Uns | 175.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CABLE | Uns | 420.18 | NA | NA | 0.00 | 0.00 |
| COMCAST CABLE | Uns | 486.22 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING INC | Uns | 538.00 | NA | NA | 0.00 | 0.00 |
| EHRLICH | Uns | 50.62 | NA | NA | 0.00 | 0.00 |
| FIRST DATA GLOBAL LEASING | Uns | 64.48 | NA | NA | 0.00 | 0.00 |
| LEASE FINANCE GROUP LLC | Uns | 5,296.71 | NA | NA | 0.00 | 0.00 |
| MBF LEASING INC | Uns | 3,295.44 | NA | NA | 0.00 | 0.00 |
| MICHAEL E LEWIS | Uns | 2,641.50 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| OAR | Uns | 2,864.50 | NA | NA | 0.00 | 0.00 |
| ONE MAIN FINANCIAL ATTN: BK | Uns | 4,976.00 | NA | NA | 0.00 | 0.00 |
| ONE MAIN FINANCIAL ATTN: BK | Uns | 6,532.00 | NA | NA | 0.00 | 0.00 |
| ORTHOPEDIC INSTITUTE OF PA | Uns | 5.00 | NA | NA | 0.00 | 0.00 |
| PAGE & ASSOCIATES | Uns | 1,775.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY ASSOC OF CEN PA | Uns | 914.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE HEALTH EMERGENCY | Uns | 909.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE HEALTH HOSPITALS | Uns | 8,792.95 | NA | NA | 0.00 | 0.00 |
| RIVERSIDE ANES ASSOC LTD | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER BANK NA | Uns | 801.42 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| STATE FARM FIRE & CASUALY CO | Uns | 96.72 | NA | NA | 0.00 | 0.00 |
| STEVEN LEWIS | Uns | 2,505.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/VCF | Uns | 925.00 | NA | NA | 0.00 | 0.00 |
| TARA NEALY | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| THE PINES | Uns | 1,800.00 | NA | NA | 0.00 | 0.00 |
| TIME PAYMENT CORP | Uns | 1,245.10 | NA | NA | 0.00 | 0.00 |
| VERIZON BANKRUPTCY DEPT | Uns | 124.00 | NA | NA | 0.00 | 0.00 |
| WALNUT CROSSING APARTMENT | Uns | 2,865.00 | NA | NA | 0.00 | 0.00 |
| WEST SHORE ENDOSCOPY CTR | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| YORK WASTE DISPOSAL | Uns | 289.88 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | | | |
|---|---|---|---|
| | Claim Allowed | Principal Paid | Interest Paid |
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 1,879.63 | $ 1,879.63 | $ 0.00 |
| All Other Secured | $ 35,781.89 | $ 35,781.89 | $ 0.00 |
| **TOTAL SECURED:** | $ 37,661.52 | $ 37,661.52 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 20,927.37 | $ 18,151.58 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 20,927.37 | $ 18,151.58 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 55,316.19 | $ 2,851.24 | $ 0.00 |

| Disbursements: | | |
|---|---|---|
| Expenses of Administration | $ 9,916.44 | |
| Disbursements to Creditors | $ 58,664.34 | |
| **TOTAL DISBURSEMENTS:** | | $ 68,580.78 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date: 02/07/2024         By: /s/ Jack N. Zaharopoulos
                              STANDING CHAPTER 13 TRUSTEE

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)